AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| CELINE COMMISSIONG, Individually and for Others Similarly Situated, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE CENTER AT LINCOLN, LLC | ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.  1:23-cv-02834 - KAS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Center at Lincoln, LLC
c/o: Monte Murdock
3490 Centennial Boulevard
Colorado Springs, Colorado 80907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael A. Josephson
Andrew W. Dunlap
Josephson Dunlap
11 Greenway Plaza, Suite 3050
Houston, Texas 77046

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/30/2023

s/T.Gallagher

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

| Case: 1:23-cv-02834-KAS | Court: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | County: DENVER, CO | Job: 10010466 |
|---|---|---|---|
| **Plaintiff / Petitioner:** CELINE COMMISSIONG | | **Defendant / Respondent:** THE CENTER AT LINCOLN, LLC | |
| **Received by:** TRAILFINDER INC | | **For:** JOSEPHSON DUNLAP | |
| **To be served upon:** THE CENTER AT LINCOLN, LLC | | | |

I, Samuel Leon, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   THE CENTER AT LINCOLN, LLC, 12230 LIONESS WAY, PARKER, CO 80134

**Manner of Service:**   Authorized, Dec 1, 2023, 11:51 am MST

**Documents:**   SUMMONS IN A CIVIL ACTION, ORIGINAL COLLECTIVE ACTION COMPLAINT, EXHIBIT 1, CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES, ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION

**Additional Comments:**
1) Successful Attempt: Dec 1, 2023, 11:51 am MST at 12230 LIONESS WAY, PARKER, CO 80134 received by THE CENTER AT LINCOLN, LLC. HANDED COPY OF DOCUMENTS DIRECTLY TO ADMINISTRATIVE ASSISTANT ANYSSA SANCHEZ (WHO APPEARED TO THIS AFFIANT TO BE: Age: 28; Ethnicity: Hispanic; Gender: Female; Weight: 190; Height: 5'7"; Hair: Black).

Samuel Leon    Date    12·1·23

TRAILFINDER INC
2860 S. CIRCLE DR. #250K
COLORADO SPRINGS, CO 80906

Subscribed and sworn to before me in El Paso County, Colorado by the affiant who is personally known to me.

Notary Public

Date    12 | 1 | 23

SHANNON MARIE PARKHILL
NOTARY PUBLIC - STATE OF COLORADO
Notary ID #20194027245
My Commission Expires 9/14/2027