**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, Individually and on Behalf of All Others Similarly Situated,

   Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

   Defendant.

---

**PLAINTIFF'S NOTICE OF APPEARANCE**

---

TO THE CLERK OF COURT:

   Plaintiff hereby gives notice to the Court and all opposing parties that Olivia R. Beale is entering his appearance in this matter as additional counsel for Plaintiff.

Olivia R. Beale
**Josephson Dunlap LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
(713) 352-1100 Telephone
(713) 352-3300 Facsimile
obeale@mybackwages.com

Respectfully submitted,

By: /s/ *Olivia R. Beale*
    **Michael A. Josephson**
    State Bar No. 24014780
    **Andrew W. Dunlap**
    State Bar No. 24078444
    **Olivia R. Beale**
    State Bar No. 24122166
    **JOSEPHSON DUNLAP LLP**
    11 Greenway Plaza, Suite 3050
    Houston, Texas 77005
    713-352-1100 – Telephone
    713-352-3300 – Facsimile
    mjosephson@mybackwages.com
    adunlap@mybackwages.com
    obeale@mybackwages.com

    **AND**

    **Richard J. (Rex) Burch**
    State Bar No. 24001807
    **BRUCKNER BURCH PLLC**
    11 Greenway Plaza, Suite 3025
    Houston, Texas 77046
    713-877-8788 – Telephone
    713-877-8065 – Facsimile
    rburch@brucknerburch.com

    **AND**

    **William C. (Clif) Alexander***
    **Austin W. Anderson***
    **ANDERSON ALEXANDER PLLC**
    101 N. Shoreline Blvd., Suite 610
    Corpus Christi, Texas 78401
    Phone: 361-452-1279
    Fax: 361-452-1284
    clif@a2xlaw.com
    austin@a2xlaw.com

    *Pro hac vice applications forthcoming

    **ATTORNEYS FOR PLAINTIFF'S**

## **CERTIFICATE OF SERVICE**

I served a copy of this document on all counsel of record via the Court's ECF system on December 11, 2023.

/s/ *Olivia R. Beale*
**Olivia R. Beale**