**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

Defendant.

## STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Plaintiff Celine Commissiong, through her attorneys, Josephson Dunlap LLC, Bruckner Burch PLLC, and Alexander Anderson PLLC, and Defendant The Center at Lincoln, LLC, through its attorneys, Gordon Rees Scully Mansukhani, LLP, hereby stipulate pursuant to D.C.Colo.L.CivR. 6.1(a) to extend the deadline for Defendant The Center at Lincoln, LLC to respond to Plaintiff's Complaint:

1. Defendant's deadline to respond to Plaintiff's Complaint is December 22, 2023.

2. Defendant's counsel was just retained and is working to get up to speed on the case.

3. Because of the upcoming holidays, individuals with information and documentation relevant to this case's claims and defenses are unavailable because of pre-planned travel. Likewise, Defendant's counsel has travel plans for the holidays.

4. Pursuant to D.C.Colo.L 6.1(a) provides that the parties "may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of

Civil Procedure to respond to a pleading."

5. Pursuant to D.C.Colo.LCivR 6.1, the Parties stipulate to a 21-day extension of time up to January 12, 2024 for Defendant to respond to Plaintiff's Complaint.

6. No party will be prejudiced by an extension of time, and this request for an extension of time is made in good faith.

7. This is Defendant's first request for an extension of time.

8. Pursuant to D.C.Colo.LCivR 6.1 (c), counsel hereby certify the stipulation is contemporaneously served on their clients.

DATED this the 22nd day of December, 2023.

Respectfully submitted,

/s/*Olivia R. Beale*
Michael A. Josephson, Esq.
Andrew W. Dunlap, Esq.
Oliva R. Beale, Esq.
JOSEPHSON DUNLAP LLC
11 Greenway Plaza, Suite 3050
Houston, TX 77046
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

Richard J. (Rex) Burch, Esq.
BRUCKNER BURCH PLLC
11 Greenway Plaza, Suite 3025
Houston, TX 77046
rburch@brucknerburch.com

William C. (Clif) Alexander, Esq.*
Austin W. Anderson, Esq.*
ANDERSON ALEXANDER PLLC
101 N. Shoreline Blvd., Suite 610
Corpus Christi, TX 78401
clif@a2xlaw.com

[2]

austin@a2xlaw.com
*Pro Hac Vice applications forthcoming
*Attorneys for Plaintiff Celine Commissiong*


*/s/ Peggy Kozal*
Peggy Kozal, Esq.
Andrew K. Lavin, Esq.
Rose Zetzman, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
pkozal@grsm.com
alavin@grsm.com
rzetzman@grsm.com
*Attorneys for Defendant The Lincoln Center, LLC*

[3]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record and a copy was served via electronic counsel on William C. (Clif) Alexander, Esq. and Austin W. Anderson, Esq. at the email addresses listed below on this the 22nd day of December, 2023.

*Counsel for Plaintiff*:

Michael A. Josephson
Andrew W. Dunlap
Oliva R. Beale
Josephson Dunlap LLC
11 Greenway Plaza, Suite 3050
Houston, TX 77046
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

Richard J. (Rex) Burch
Bruckner Burch PLLC
11 Greenway Plaza, Suite 3025
Houston, TX 77046
rburch@brucknerburch.com

William C. (Clif) Alexander*
Austin W. Anderson*
Anderson Alexander PLLC
101 N. Shoreline Blvd., Suite 610
Corpus Christi, TX 78401
clif@a2xlaw.com
austin@a2xlaw.com
*Pro Hac Vice applications forthcoming

                                          */s/ Lisa Riggenbach*
                                          For Gordon Rees Scully Mansukhani, LLP