# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

Defendant.

## MOTION TO WITHDRAW AS ATTORNEY

Andrew K. Lavin and the law firm of Gordon Rees Scully Mansukhani, LLP submit this Motion to Withdraw as counsel of record for Defendant, The Center at Lincoln, LLC, pursuant to D.C.COLO.LAttyR 5(b).[1]

Good cause exists to permit undersigned counsel to withdraw. As of January 5, 2024, Gordon Rees Scully Mansukhani, LLP no longer represents the Defendant, The Center at Lincoln, LLC because the lead attorney, Peggy Kozal, is no longer employed by Gordon Rees Scully Mansukhani, LLP. Peggy Kozal remains lead counsel for Defendant, The Center at Lincoln, LLC. Peggy Kozal will continue as attorney of record for Defendant, The Center at Lincoln, LLC. No party will be prejudiced by the withdrawal of Mr. Lavin. Accordingly, the undersigned respectfully requests that Andrew Lavin and Gordon Rees Scully Mansukhani, LLP be permitted to withdraw as counsel of record for Defendant, The Center at Lincoln, LLC in this matter.

---

[1] Motions pursuant to D.C.COLO.LAttyR 5(b) are excluded from the conferral requirement. D.C.COLO.LCivR 7.1(b).

Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel certifies a copy of this motion will be served on Defendant, The Center at Lincoln, LLC contemporaneously with its filing.

WHEREFORE, for good cause shown, Andrew K. Lavin and the law firm of Gordon Rees Scully Mansukhani, LLP respectfully request that the Court enter an order permitting withdrawal as counsel for Defendant, The Center at Lincoln, LLC in this matter and directing the Clerk of the Court to delete his email address from future ECF filings and terminate electronic notifications to Mr. Lavin in this case.

DATED this the 10th day of January, 2024.

Respectfully submitted,

*/s/ Andrew Lavin*
Andrew Lavin, Esq.
Rose Zetzman, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
alavin@grsm.com
rzetzman@grsm.com
*Attorney for Defendant The Lincoln Center, LLC*

[2]

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record on this the 10th day of January, 2024.

*/s/ Lisa Riggenbach*
For Gordon Rees Scully Mansukhani, LLP