IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

Defendant.

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Peggy E. Kozal has left the firm of Gordon Rees Scully Mansukhani, LLP effective January 5, 2024 and will remain designated lead counsel for Defendant The Center at Lincoln, LLC at her new firm. Accordingly, please update your service list to send all pleadings, discovery, notices and correspondence to the new information as follows:

Peggy E. Kozal
Dickinson Wright
1626 Wazee Street, Suite 200
Denver, CO 80202
Telephone: 303-723-8400
Fax: 844-670-6009
pkozal@dickinsonwright.com

[2]

DATED this the 11th day of January, 2024.

          Respectfully submitted,

          */s/ Peggy E. Kozal*
          Peggy E. Kozal
          Dickinson Wright
          1626 Wazee Street, Suite 200
          Denver, CO 80202
          Telephone: 303-723-8400
          Fax: 844-670-6009
          pkozal@dickinsonwright.com
          *Attorneys for Defendant*

[2]

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record a on this the 11th day of January, 2024.

/s/ Veronica S. Newbanks
For Dickinson Wright