IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Comes now, Peggy E. Kozal, on behalf of The Center at Lincoln, LLC, and requests a two week extension of time to respond to Plaintiff's Original Collective Action Complaint ("Plaintiff's Complaint") as follows:

1. Pursuant to D.C.COLO.LCivR 7.1, the undersigned counsel conferred with counsel for Plaintiff on January 11, 2024. Plaintiff is unopposed to the relief requested herein.

2. Defendant's deadline to respond to Plaintiff's Complaint was originally December 22, 2023. Defendant's counsel had just been retained only a few days prior and was presented with impediments to accessing individuals with information and documentation relevant to the case's claims and defenses due to the quickly approaching holidays. Accordingly, the parties stipulated to a 21-day extension pursuant to D.C.Colo.LCivR 6.1(a).

3. The new deadline to respond to Plaintiff's Complaint is January 12, 2024.

4. The undersigned counsel transitioned to a new law firm a few days prior to the date of this filing and is in the process of obtaining the remainder of the case file and applicable documents. Accordingly, Defendant requests a two week extension of time up to and including January 26, 2024. Other than the prior stipulation over the holidays for a 21-day extension, no other extensions have been requested. This request of an extension is made in good faith and counsel has been diligent in efforts to respond in the allotted time, but has been presented with significant time-constraint challenges due to having been retained only recently, the holidays and moving a practice from one firm to another.

5. No party will be prejudiced by an extension of time and the extension will not affect any other currently set date. The parties have preliminarily conferred about the proposed scheduling order and are working collaboratively to agree on a draft that will be timely filed. Further, the response deadline will be prior to the Scheduling Conference.

6. Pursuant to D.C.Colo.LCivR 6.1(c), counsel hereby certifies that a copy of this motion is being served on The Center for Lincoln.

DATED this the 12th day of January 2024.

Respectfully submitted,

*/s/ Peggy E. Kozal*
Peggy E. Kozal
Dickinson Wright
1626 Wazee Street, Suite 200
Denver, CO 80202
Telephone: 303-723-8400
Fax: 844-670-6009
pkozal@dickinsonwright.com
*Attorneys for Defendant*

[2]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record on this the 12th day of January 2024.

/s/ Veronica S. Newbanks
For Dickinson Wright

[3]