#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Rose Zetzman of the law firm Gordon Rees Scully Mansukhani, LLP hereby enters her appearance on behalf of Defendant, The Lincoln Center, LLC. In accordance with D.C.COLO.LAttyR 5, the undersigned certifies that she is a member in good standing of the bar of this court.

DATED this the 22nd day of January, 2024.

**GORDON REES
SCULLY MANSUKHANI, LLP**

*/s/ Rose Zetzman*
Andrew K. Lavin, Esq.
Rose Zetzman, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
alavin@grsm.com
rzetzman@grsm.com
*Attorneys for Defendant The Lincoln Center, LLC*

[2]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record on this the 22nd day of January, 2024.

*/s/ Monica L. Vela*
For Gordon Rees Scully Mansukhani, LLP

[2]