IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02834-KAS

CELINE COMMISSIONG, individually and for others similarly situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the **Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction** [#20] (the "Consent/Non-Consent Form"). This case was assigned to a United States Magistrate Judge pursuant to D.C.COLO.LCivR 40.1(c). The signed Consent-Non-Consent Form [#20] indicates that at least one party has declined to consent. Accordingly,

    IT IS HEREBY **ORDERED** that this case shall be assigned to a District Judge under D.C.COLO.LCivR 40.1(c)(8) and D.C.COLO.LCivR 40.1(a).

    Dated: January 22, 2024