**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

Defendant.

## MOTION TO WITHDRAW AS COUNSEL

1.    Pursuant to D.C.COLO.LAttyR 5 of the Local Rules of Practice of the United States District Court for the District of Colorado, Peggy Kozal of the law firm Dickinson Wright PLLC at its offices located at 1626 Wazee St., Suite 200, Denver, CO 80202, hereby requests the entry of an order authorizing her withdrawal as counsel for Defendant, The Center at Lincoln, LLC, in this matter.

2.    Other listed attorneys, Andrew K. Lavin and Rose Zetzman of GORDON REES SCULLY MANSUKHANI, LLP shall be counsel of record for Defendant, The Center at Lincoln, LLC in this proceeding.

3.    The Center at Lincoln, LLC understands and is advised that it is responsible for complying with all court orders and time limitations established by applicable statutes and rules by and through its counsel GORDON REES SCULLY MANSUKHANI, LLP.

4.    Pursuant to D.C.COLO.LCivR 7.1(b)(4), an exception to the duty to confer exists and the undersigned did not confer with counsel for Plaintiff.

WHEREFORE, counsel for Defendant The Center at Lincoln, LLC, respectfully requests that this Honorable Court issue the order in the form attached as **Exhibit A** withdrawing Peggy Kozal as counsel Defendant The Center at Lincoln, LLC, in this matter.

Dated this 23rd day of January, 2024

                                                 Respectfully submitted,

                                                 DICKINSON WRIGHT PLLC

                                                 /s/ Peggy Kozal
                                                 Peggy Kozal (P33700)
                                                 1626 Wazee St, Suite 200
                                                 Denver, CO 80202
                                                 (303) 723-8406
                                                 pkozal@dickinsonwright.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record and a copy was served via electronic counsel on William C. (Clif) Alexander, Esq. and Austin W. Anderson, Esq. at the email addresses listed below on this the 23rd day of January, 2024.

*Counsel for Plaintiff*:

Michael A. Josephson
Andrew W. Dunlap
Oliva R. Beale
Josephson Dunlap LLC
11 Greenway Plaza, Suite 3050
Houston, TX 77046
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

Richard J. (Rex) Burch
Bruckner Burch PLLC
11 Greenway Plaza, Suite 3025
Houston, TX 77046
rburch@brucknerburch.com

William C. (Clif) Alexander*
Austin W. Anderson*
Anderson Alexander PLLC
101 N. Shoreline Blvd., Suite 610
Corpus Christi, TX 78401
clif@a2xlaw.com
austin@a2xlaw.com
*Pro Hac Vice applications forthcoming

*The Center at Lincoln:*

Julie Kelly
JKelly@veritasmg.com

/s/ Patti L. Wallace
For Dickinson Wright PLLC

[3]

4863-4053-8527 v1 [108292-1]

EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

Defendant.

## ORDER WITHDRAWING APPEARANCE OF ATTORNEY

Pursuant to D.C.COLO.LAttyR 5 of the Local Rules of Practice of the United States District Court for the District of Colorado, Peggy Kozal of the law firm Dickinson Wright PLLC at its offices located at 1626 Wazee St., Suite 200, Denver, CO 80202 hereby requests approval to withdraw as counsel of record for Defendant, The Center at Lincoln, LLC, in this matter due to her joining Dickinson Wright PLLC. Defendant, The Center at Lincoln, LLC, will continue to be represented by its remaining counsel of record.

IT IS HEREBY ORDERED that Peggy Kozal is hereby withdrawn as counsel of record for Plaintiff in this action.

IT IS FURTHER ORDERED that electronic service to Peggy Kozal be terminated.

Hon. _____

Dated: January [_], 2024

4860-0912-2975 v1 [108292-1]