IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-PAB-KAS

CELINE COMMISSIONG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

Defendant.

## DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant The Center at Lincoln, LLC, through its attorneys, Andrew K. Lavin and Rose Zetzman of Gordon Rees Scully Mansukhani, LLP, submits this Second Unopposed Motion for Extension of Time to Respond to Complaint and in support states:

1. Pursuant to D.C.Colo.LCivR 7.1(a), Defendant's counsel conferred with counsel for Plaintiff. Defendant requested a two-week extension, but Plaintiff was only agreeable to a one-week extension. Defendant is therefore seeking the one-week extension albeit mindful that may be insufficient.

2. Defendant's deadline to respond to Plaintiff's Complaint is January 26, 2024.

3. Undersigned counsel withdrew from this matter on January 10, 2024 [Docs. 11, 12, 14, and 15] because the responsible attorney, Peggy E. Kozal, changed law firms with the plan to handle this matter at her new law firm [Doc. 13].

4. However, undersigned counsel was re-retained for this matter on January 22, 2024

[Docs. 18 & 19].

5. Because of the recent change in responsible attorneys, undersigned counsel is just now getting up to speed on this case. Undersigned has recently met with the client and is acquiring documentation to respond to the 126-paragraph Complaint.

6. Consequently, Defendant requests a 7-day extension of time of its deadline to file an answer or otherwise respond to Plaintiff's Complaint, requesting a new deadline of February 2, 2024 and reserves the right to seek additional time if the unopposed length is subsequently deemed insufficient.

7. No party will be prejudiced by an extension of time, and this request for an extension of time is made in good faith.

8. This is Defendant's second motion for an extension of time.

WHEREFORE, Defendant The Center at Lincoln, LLC respectfully requests this Court grant it a 7-day extension of time until February 2, 2024 to respond to the Complaint.

DATED this the 26th day of January, 2024.

Respectfully submitted,

*/s/Andrew K. Lavin*
Andrew K. Lavin, Esq.
Rose Zetzman, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
alavin@grsm.com
rzetzman@grsm.com
*Attorney for Defendant The Lincoln Center, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record and a copy was served via electronic counsel on William C. (Clif) Alexander, Esq. and Austin W. Anderson, Esq. at the email addresses listed below on this the 26th day of January, 2024.

*Counsel for Plaintiff*:

Michael A. Josephson
Andrew W. Dunlap
Oliva R. Beale
Josephson Dunlap LLC
11 Greenway Plaza, Suite 3050
Houston, TX 77046
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

Richard J. (Rex) Burch
Bruckner Burch PLLC
11 Greenway Plaza, Suite 3025
Houston, TX 77046
rburch@brucknerburch.com

William C. (Clif) Alexander*
Austin W. Anderson*
Anderson Alexander PLLC
101 N. Shoreline Blvd., Suite 610
Corpus Christi, TX 78401
clif@a2xlaw.com
austin@a2xlaw.com
*Pro Hac Vice applications forthcoming

                                                          */s/Monica Vela*
                                                          For Gordon Rees Scully Mansukhani, LLP