IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-PAB-KAS

CELINE COMMISSIONG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

Defendant.

## DEFENDANT'S UNOPPOSED MOTION TO RESET SCHEDULING CONFERENCE

Defendant The Center at Lincoln, LLC, through its attorneys, Andrew K. Lavin and Rose Zetzman of Gordon Rees Scully Mansukhani, LLP, submits this Unopposed Motion to Reset Scheduling Conference and in support states:

1. Pursuant to D.C.Colo.LCivR 7.1(a), Defendant's counsel conferred with counsel for Plaintiff. Plaintiff does not oppose the relief requested herein.

2. The Scheduling Conference is currently set for February 5, 2024 at 9:30 a.m.

3. Defendant has not yet filed an Answer or otherwise responded to Plaintiff's Collective Action Complaint because undersigned counsel is just now getting up to speed on this case and acquiring documentation due to the recent change in responsible attorneys. [See Docs. 11, 12, 14, 15].

4. Because Defendant has not yet filed a response to the Complaint has been filed and undersigned is still working on acquiring documentation, Defendant requests to reset the

scheduling conference set for February 5, 2024 for a more convenient date.

5. Counsel for all Parties are available on the following alternative dates in 2024: February 29, March 1, March 18, and March 19.

6. No party will be prejudiced by resetting the Scheduling Conference, and this request is made in good faith.

WHEREFORE, Defendant The Center at Lincoln, LLC respectfully requests this Court reset the February 5, 2024 Scheduling Conference for one of the alternative dates above.

DATED this the 26th day of January, 2024.

Respectfully submitted,

*/s/Andrew K. Lavin*
Andrew K. Lavin, Esq.
Rose Zetzman, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
alavin@grsm.com
rzetzman@grsm.com
*Attorneys for Defendant The Lincoln Center, LLC*

[2]

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record and a copy was served via electronic counsel on William C. (Clif) Alexander, Esq. and Austin W. Anderson, Esq. at the email addresses listed below on this the 26th day of January, 2024.

*Counsel for Plaintiff*:

Michael A. Josephson
Andrew W. Dunlap
Oliva R. Beale
Josephson Dunlap LLC
11 Greenway Plaza, Suite 3050
Houston, TX 77046
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

Richard J. (Rex) Burch
Bruckner Burch PLLC
11 Greenway Plaza, Suite 3025
Houston, TX 77046
rburch@brucknerburch.com

William C. (Clif) Alexander*
Austin W. Anderson*
Anderson Alexander PLLC
101 N. Shoreline Blvd., Suite 610
Corpus Christi, TX 78401
clif@a2xlaw.com
austin@a2xlaw.com
*Pro Hac Vice applications forthcoming

                                            */s/Monica Vela*
                                            For Gordon Rees Scully Mansukhani, LLP

[3]