IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02834-PAB-KAS

CELINE COMMISSIONG, individually and for others similarly situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendant's **Second Unopposed Motion for Extension of Time to Respond to Complaint** [#25] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**. The deadline for Defendant to answer or otherwise respond to the operative complaint is extended to **February 2, 2024**.

    Dated: January 29, 2024