IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02834-PAB-KAS

CELINE COMMISSIONG, individually and for others similarly situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendant's **Unopposed Motion to Reset Scheduling Conference** [#27] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**. The Scheduling Conference set for February 5, 2024, at 9:30 a.m. is **VACATED** and **RESET** to **March 18, 2024**, at **9:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that, **no later than March 11, 2024**, the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.

    Dated: January 29, 2024