**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.

**PLAINTIFF'S MOTION TO APPEAR AT SCHEDULING
CONFERENCE BY TELEPHONIC OR VIDEO CONFERENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff in the above-styled civil action, and files this Motion to Appear by Telephonic or Video Conference and would respectfully show the Court the following:

1. Plaintiff filed this lawsuit under the Fair Labor Standards Act ("FLSA") seeking to collect alleged unpaid overtime wages from The Center at Lincoln, LLC ("Defendant").

2. On January 26, 2024, Defendant filed a Motion to Reset the Scheduling Conference on February 5, 2024, due to Defendant's answer not filed and the recent change in responsible attorneys. [Doc 27].

3. On January 29, 2024, the Court issued an Order granting Defendant's Motion to Reset the Scheduling Conference and Reset it for March 18, 2024, at 9:30 a.m. in courtroom C-204. [Doc 30].

4. Plaintiff's Counsel is located in Houston, Texas. In an effort to preserve costs, Plaintiff requests to appear by Telephonic or Video Conference.

-4-

5.      Plaintiff has conferred with Defendant and Defendant has indicated that they are not opposed to Plaintiff appearing remotely.

6.      Plaintiff's request is made in good faith and believe that the hearing may be efficiently conducted by telephonic or video conferencing.

WHEREFORE, Plaintiff's respectfully request that the court allow Plaintiff's counsel to appear by telephonic or video conference on March 18, 2024.

Dated:  March 12, 2024                                 Respectfully submitted,

By: /s/ Olivia R. Beale
**Michael A. Josephson**
State Bar No. 24014780
**Andrew W. Dunlap**
State Bar No. 24078444
**Olivia R. Beale**
State Bar No. 24122166
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77005
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

**AND**

**Richard J. (Rex) Burch**
State Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**AND**

**William C. (Clif) Alexander***
**Austin W. Anderson***
**ANDERSON ALEXANDER PLLC**
101 N. Shoreline Blvd., Suite 610

-4-

Corpus Christi, Texas 78401
Phone: 361-452-1279
Fax: 361-452-1284
clif@a2xlaw.com
austin@a2xlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

The undersigned conferred with Counsel for Defendant via phone on March 7, 2024, regarding its position. Defendant is unopposed to the requested relief.

*/s/ Olivia R. Beale*
Olivia R. Beale

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on March 12, 2024.

*/s/ Olivia R. Beale*
Olivia R. Beale

-4-