**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR AT SCHEDULING
CONFERENCE BY TELEPHONIC OR VIDEO CONFERENCE**

---

On this date the Court considered Plaintiff's Motion to Appear at Scheduling Conference by Telephonic or Video Conference. The Court, after having carefully considered this matter, is of the opinion and finds that Plaintiff's Motion should be, and is hereby, Granted.

IT is therefore ORDERED that Plaintiff's Motion to Appear by Telephonic or Video Conference is Granted and that the scheduling conference scheduled for March 18, 2024, at 9:30 am may be held by Zoom with a link to follow.

It is so ORDERED.

Signed this _____ day of _____ 2024.

 

                                                                                                 _____
                                                                               UNITED STATES DISTRICT JUDGE