IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02834-PAB-KAS

CELINE COMMISSIONG, individually and for others similarly situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff's **Motion to Appear at Scheduling Conference by Telephone or Video Teleconference** [#34] (the "Motion"). Finding good cause,

    IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**. Counsel for Plaintiff may appear by video teleconference ("VTC") at the Scheduling Conference. The following meeting instructions shall be utilized:

• For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, copy and paste the link below to join. **IMPORTANT: Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

https://meet.uc.uscourts.gov/meeting/010700350?secret=b7Qm39lEfCHQ8h74NNZVng

**Note: Use the default of "Continue with browser" to join the meeting.**

    Dated: March 12, 2024