IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action:  23-cv-002834-PAB-KAS | Date: March 18, 2024 |
| Courtroom Deputy: Laura Galera | FTR – Reporter Deck-Courtroom C204 |

| *Parties:* | *Counsel:* |
|---|---|
| CELINE COMMISSIONG, | Olivia Beale (by vtc) |
| Plaintiff, | |
| v. | |
| CENTER AT LINCOLN, LLC, | Rose Zetzman |
| | Andrew Lavin |
| Defendant. | |

## COURTROOM MINUTES

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   9:35 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:**  Plaintiff to file a supplement to Section 5 of the Scheduling Order **no later than April 12, 2024.**

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Plaintiff will file any Motion for Court Authorized Notice by **June 28, 2024.**

**Deadline for Joinder of Parties and Amendment of Pleadings:** 45 days following the conclusion of the FLSA opt-in period, or in the event that no FLSA class is certified, thirty (30) days after the Court's decision on Plaintiff's Motion for Court Authorized Notice.

**Discovery Cut-off:**  Following the Court's ruling on the Motion for Court Authorized Notice, the parties should submit a supplemental Scheduling Plan within 14 days.

**Dispositive Motion Deadline:**  Following the Court's ruling on the Motion for Court Authorized Notice, the parties should submit a supplemental Scheduling Plan, including a dispositive motion deadline within 14 days.

Each side shall be limited to **five (5)** depositions, **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production and **twenty-five (25)** requests for admission, absent further leave of Court.

**NO STATUS CONFERENCE** is set at this time.  If the Court determines one is necessary, one will be set by minute order.  The parties may request a status conference by jointly contacting chambers at (303) 335-2770.

**The parties must notify chambers at (303-335-2770) at least 3 business days in advance of any hearing requiring presentation of documentary evidence so that the courtroom can be equipped with the appropriate technology.**

The Court advises counsel to review its Practice Standards, especially for the manner in which it addresses discovery disputes.

Scheduling Order is signed and entered with interlineations on March 18, 2024.

Hearing concluded.
**Court in recess:     9:47 a.m.**
Total time in court:     00:12

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.