**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02834-PAB-KAS

CELINE COMMISSIONG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

Defendant.

---

**STIPULATION FOR 14-DAY EXTENSION OF TIME FOR DEFENDANT THE CENTER AT LINCOLN TO RESPOND TO PLAINTIFF CELINE COMMISSIONG'S FIRST SET OF DISCOVERY**

---

Defendant The Center at Lincoln, LLC ("Defendant"), through its attorneys, Andrew K. Lavin and Rose Zetzman of Gordon Rees Scully Mansukhani, LLP, submit the this Stipulation for 14-Day Extension of Time for Defendant The Center at Lincoln to Respond to plaintiff Celine Commissiong's First Set of Discovery :

D.C.COLO.LCivR 7.1 Conferral: Counsel for Defendant The Center at Lincoln attempted to confer with Plaintiff's counsel on March 14, 2024, March 15, 2024, and March 18 via email and via phone on March 15, 2024 regarding a stipulation pursuant to D.C.COLO.LCivR 6.1 for a 21-day extension to respond to Plaintiff's First Set of Discovery. Plaintiff's counsel agreed to a 14-day extension of time for Defendant to respond.

1. D.C.Colo.LCivR 6.1(a) permits parties to stipulate "to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to… interrogatories, requests for production of documents, or requests for admissions."

2. The stipulation must be filed before the deadline to respond passes.

D.C.Colo.LCivR 6.1(a).

3. Defendant is working to gather responsive documentation to assist with responding to Plaintiff's First Set of Discovery.

4. Defendant cannot adequately respond to Plaintiff's discovery requests without all records and review by counsel.

5. Defendant's payroll records are housed by a third-party vendor.

6. Defendant has worked to obtain these records from the third-party vendor but has experienced unanticipated issues with the third-party vendor related to extraction.

7. Defendant anticipates that it will obtain access to its payroll records the week of March 18, 2024.

8. Defendant's deadline to respond to Plaintiff's First Set of Discovery is March 18, 2024.

9. Defendant has not requested prior extensions for responding to Plaintiff's First Set of Discovery.

10. This extension will not prejudice any of the parties and will instead allow for the Defendant to effectively and efficiently produce information relevant to the claims at issue in this matter.

11. Thus, the parties stipulate to a 14-day extension of time extension of time for Defendant to respond to Plaintiff's First Set of Discovery up to and including April 1, 2024.

WHEREFORE, the parties request this Court grant Defendant The Center at Lincoln, LLC a 14-day extension of time to respond to Plaintiff's First Set of Discovery.

DATED this the 18th day of March 2024.

Respectfully submitted,

*/s/Andrew K. Lavin*
Andrew K. Lavin, Esq.
Rose Zetzman, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
alavin@grsm.com
rzetzman@grsm.com
*Attorneys for Defendant The Lincoln Center, LLC*


*/s/ Olivia R. Beale*
Michael A. Josephson
Andrew W. Dunlap
Oliva R. Beale
JOSEPHSON DUNLAP LLC
11 Greenway Plaza, Suite 3050
Houston, TX 77046
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

Richard J. (Rex) Burch
BRUCKNER BURCH PLLC
11 Greenway Plaza, Suite 3025
Houston, TX 77046
rburch@brucknerburch.com

William C. (Clif) Alexander
Austin W. Anderson
ANDERSON ALEXANDER PLLC
101 N. Shoreline Blvd., Suite 610
Corpus Christi, TX 78401
clif@a2xlaw.com
austin@a2xlaw.com
*Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was served via electronic email to counsel Olivia R. Beale at the email addresses listed below on this the 18th day of March 2024.

*Counsel for Plaintiff*:

Michael A. Josephson
Andrew W. Dunlap
Oliva R. Beale
Josephson Dunlap LLC
11 Greenway Plaza, Suite 3050
Houston, TX 77046
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

Richard J. (Rex) Burch
Bruckner Burch PLLC
11 Greenway Plaza, Suite 3025
Houston, TX 77046
rburch@brucknerburch.com

William C. (Clif) Alexander*
Austin W. Anderson*
Anderson Alexander PLLC
101 N. Shoreline Blvd., Suite 610
Corpus Christi, TX 78401
clif@a2xlaw.com
austin@a2xlaw.com
*Pro Hac Vice applications forthcoming

                                              */s/Monica Vela*
                                              For Gordon Rees Scully Mansukhani, LLP