IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02834-PAB-KAS

CELINE COMMISSIONG, individually and for others similarly situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendant's **Unopposed Motion for Extension of Time to Respond to Plaintiff Celine Commissiong's First Set of Discovery** [#41] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#41] is **GRANTED**. The deadline for Defendant to respond to Plaintiff's First Set of Discovery is extended to **April 1, 2024**.

    Dated: March 21, 2024