**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.

**PLAINTIFF'S SUPPLEMENT TO CIVIL SCHEDULING ORDER**

**5.    COMPUTATION OF DAMAGES**

    a.    <u>Plaintiff:</u>

Based on the payroll and time documents recently produced by Defendant, Plaintiff's unliquidated back wages for the relevant period total $1,158.32 ($446.25 for unpaid non-overtime wages, $592.88 for unpaid overtime, and $119.19 for regular rate violations[1]), an equal amount of $1,158.32 in liquidated damages, plus attorney fees and costs.

Plaintiff brought this claim as a collective action under the Fair Labor Standards Act. Currently, Plaintiff does not have payroll and time keeping records for any putative collective members, nor does Plaintiff know the size of the proposed collective. Plaintiff thus provides an estimate of the collective's damages based on her calculation of the average unliquidated weekly damages owed to her ($44.55) multiplied by 52 weeks (1 year), 104 weeks (2 years), and 156 weeks (3 years) and various class size scenarios as follows:

---

[1] The records produced by Defendant revealed it failed to include Covid 19 pay, "SD LPN" pay, and certain bonuses in Plaintiff's regular rate for the purposes of calculating overtime.

| Class Size | Estimated Unliquidated Damages (1 year, or 52 weeks) | Estimated Unliquidated Damages (2 years, or 104 weeks) | Estimated Unliquidated Damages (3 years, or 156 weeks) |
|---|---|---|---|
| 50 | $115,830 | $231,660 | $347,490 |
| 100 | $231,600 | $463,200 | $694,800 |
| 200 | $463,320 | $926,640 | $1,389,960 |
| 300 | $694,980 | $1,389,960 | $2,084,940 |

Plaintiff reserves the right to supplement and/or amend her damage calculations upon further evaluation and upon the receipt of additional pay and time records from Defendant.

Respectfully submitted,

*/s/Olivia Beale*
Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
Olivia R. Beale
Texas Bar No. 24122166
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 713-352-1100
Facsimile: 713-352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: 713-877-8788
Facsimile: 713-877-8065
rburch@brucknerburch.com

William C. (Clif) Alexander*
Austin W. Anderson*
**ANDERSON ALEXANDER PLLC**
101 N. Shoreline Blvd., Suite 610

>Corpus Christi, Texas 78401
>Phone: 361-452-1279
>Fax: 361-452-1284
>clif@a2xlaw.com
>austin@a2xlaw.com
>
>***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on April 12, 2024.

>/s/ *Olivia R. Beale*
>**Olivia R. Beale**