IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02834-PAB-KAS

CELINE COMMISSIONG, individually and for others similarly situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff's **Motion for Leave to Amend** [#47] (the "Motion"). Defendant filed a Response [#49] indicating its non-opposition to the Motion [#47]. Pursuant to Fed. R. Civ. P. 15(a)(2),

    IT IS HEREBY **ORDERED** that the Motion [#47] is **GRANTED**. The Clerk of Court shall accept the Amended Complaint [#47-1] for filing as of the date of this Minute Order.

    Dated: June 21, 2024