IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834

CELINE COMMISSIONG, Individually and for Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.

### COMMISSIONG'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION FOR COURT AUTHORIZED NOTICE

**Michael A. Josephson**
Texas State Bar No. 24014780
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS MEMBERS**

i

Pursuant to this Court's Civil Practice Standard I(G)(1)-(3) and L.Civ.R 6.1(a) and for good cause shown, Commissiong timely requests a 21-day extension of her deadline to move for Court-authorized noticed, up and until July 19, 2024.

Under the Court's Civil Scheduling Order, the current deadline for Commissiong to move for conditional certification and for Court-authorized notice is June 28, 2024. Doc. 38 at 7. The Parties have exchanged extensive written discovery focusing on issues relating to conditional certification and have conferred on numerous occasions on the propriety of conditional certification and the scope of Commissiong's proposed putative class. In this regard, the Parties are actively discussing and are in the process of potentially agreeing to the terms of a joint stipulation regarding conditional certification.

Commissiong thus respectfully requests a 21-day extension of her deadline to move for Court-authorized notice—until July 19, 2024—so the Parties may work to attempt to finalize their joint stipulation and submit the same to the Court. Permitting the requested extension will allow the Parties to avoid unnecessary motion practice and expense and preserve the Parties' and the Court's resources.

Respectfully submitted,

**JOSEPHSON DUNLAP LLP**

By: */s/ Michael A. Josephson*
Michael A. Josephson
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Phone: 713-352-1100
Fax: 713-352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com

Richard J. (Rex) Burch
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Phone: 713-877-8788
Fax: 713-877-8065
rburch@brucknerburch.com

**ATTORNEYS FOR COMMISSIONG**

## CERTIFICATE OF SERVICE

I served this document via the Court's ECF System in accordance with the Federal Rules of Civil Procedure.

*/s/ Michael A. Josephson*
**Michael A. Josephson**

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Commissiong conferred with Counsel for The Center at Lincoln via Zoom conference on June 21, 2024, concerning the relief sought herein and that Counsel for The Center at Lincoln is unopposed to the same.

*/s/ Michael A. Josephson*
**Michael A. Josephson**