IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02834-PAB-KAS

CELINE COMMISSIONG, individually and for others similarly situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Extend Deadline to File Motion for Court Authorized Notice** [#52] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#52] is **GRANTED**. The deadline to file a motion for conditional certification and court-authorized notice is extended to **July 19, 2024**.

    Dated: July 12, 2024