IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834

CELINE COMMISSIONG, Individually and for Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.

---

**COMMISSIONG'S SECOND UNOPPOSED MOTION TO
EXTEND DEADLINE TO FILE MOTION FOR COURT AUTHORIZED NOTICE**

---

| | |
|---|---|
| **Michael A. Josephson** | **Richard J. (Rex) Burch** |
| Texas State Bar No. 24014780 | Texas Bar No. 24001807 |
| **JOSEPHSON DUNLAP, LLP** | **BRUCKNER BURCH** PLLC |
| 11 Greenway Plaza, Suite 3050 | 11 Greenway Plaza, Suite 3025 |
| Houston, Texas 77046 | Houston, Texas 77046 |
| Tel: (713) 352-1100 | Tel: (713) 877-8788 |
| Fax: (713) 352-3300 | Fax: (713) 877-8065 |
| mjosephson@mybackwages.com | rburch@brucknerburch.com |

ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS MEMBERS

i

Pursuant to this Court's Civil Practice Standard I(G)(1)-(3) and L.Civ.R 6.1(a) and for good cause shown, Commissiong timely requests a 21-day extension of her deadline to move for Court-authorized noticed, up and until August 9, 2024.

The current deadline for Commissiong to move for conditional certification and for Court-authorized notice is July 19, 2024. Doc. 55. As previously represented, the Parties have exchanged extensive written discovery focusing on issues relating to conditional certification and have conferred on numerous occasions on the propriety of conditional certification and the scope of Commissiong's proposed putative class. In this regard, the Parties remain in active discussions to potentially agree to the terms of a joint stipulation regarding conditional certification and have exchanged drafts of the same. Due to the aftermath of Hurricane Beryl, which left Commissiong's Counsel without power for nearly a week, and summer holiday schedules, the Parties have yet to finalize any potential stipulation, although they are working diligently to do so.

Commissiong thus respectfully requests a 21-day extension of her deadline to move for Court-authorized notice—until August 9, 2024—so the Parties may work to attempt to finalize their joint stipulation and submit the same to the Court. Permitting the requested extension will allow the Parties to avoid unnecessary motion practice and expense and preserve the Parties' and the Court's resources. This is Commissiong's second requested extension.

          Respectfully submitted,

          **JOSEPHSON DUNLAP LLP**

          By: */s/ Michael A. Josephson*
               Michael A. Josephson
          11 Greenway Plaza, Suite 3050
          Houston, Texas 77046
          Phone: 713-352-1100
          Fax: 713-352-3300
          mjosephson@mybackwages.com
          adunlap@mybackwages.com

          Richard J. (Rex) Burch
          **BRUCKNER BURCH PLLC**
          11 Greenway Plaza, Suite 3025
          Houston, Texas 77046
          Phone: 713-877-8788
          Fax: 713-877-8065
          rburch@brucknerburch.com

          **ATTORNEYS FOR COMMISSIONG**

## CERTIFICATE OF SERVICE

I served this document via the Court's ECF System in accordance with the Federal Rules of Civil Procedure.

          */s/ Michael A. Josephson*
          **Michael A. Josephson**

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Commissiong conferred with Counsel for The Center at Lincoln via email on July 15 and again on July 16, concerning the relief sought herein and that Counsel for The Center at Lincoln is unopposed to the same.

          */s/ Michael A. Josephson*
          **Michael A. Josephson**