IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02834-PAB-KAS

CELINE COMMISSIONG, individually and for others similarly situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff's **Second Unopposed Motion to Extend Deadline to File Motion for Court Authorized Notice** [#56] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#56] is **GRANTED**. The deadline to file a motion for conditional certification and court-authorized notice is extended to **August 9, 2024**.

    Dated: July 22, 2024