IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02834-PAB-KAS

CELINE COMMISSIONG, individually and for others similarly situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Joint Motion to Stay, Toll, and Mediate** [#60] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#60] is **DENIED without prejudice**. The parties may renew their request after they have actually scheduled a mediation date.

    Dated: August 19, 2024