IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-PAB-KAS

**CELINE COMMISSIONG, Individually and for Others Similarly Situated,**

    Plaintiff,

v.

**THE CENTER AT LINCOLN, LLC,**

    Defendant.

---

## FIRST AMENDED JOINT MOTION TO STAY, TOLL, AND MEDIATE

Plaintiff, Celine Commissiong, individually and for others similarly situated ("Commissiong" or "Plaintiff"), and Defendant, The Center at Lincoln, LLC ("TCL" or "Defendant") (Commissiong and TCL together, the "Parties"), jointly move to stay this case and all pending deadlines for a period of 90 days to allow the Parties adequate time to engage in settlement discussions, exchange the necessary information and data to facilitate productive discussions, and to mediate this matter with an experienced wage-and-hour mediator while conserving resources that would be spent on litigation including pending motions practice.

The Parties have agreed to mediate this matter with the Honorable Kristen Mix of Judicial Arbiter Group, Inc., on October 16, 2024. To facilitate a productive mediation of this Action, the Parties have agreed to engage in a good faith effort to provide each other with information, including sampling of relevant pay and time data, dates of employment, rates of pay, policies and procedures, and other relevant information necessary to determine liability, if any, and calculate alleged damages owed, if any. Following the

exchange of this information and data, the Parties will be in a position to conduct substantive discussions regarding settlement and attend mediation with Judge Mix on October 16, 2024, in an attempt to reach a resolution of the claims asserted in this Action. Any document production made pursuant to this stay and mediation will be subject to Federal Rule of Evidence 408.

The Parties' proposed stay of this Action and all case deadlines will conserve the Parties' resources and serve judicial economy while they work in good faith towards a potential resolution of this Action. FED. R. CIV. P. 1 (the Rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.").

In addition to agreeing to stay these proceedings, the Parties further agree to toll the putative class members' statute of limitations for wage and hour claims brought under the Fair Labor Standards Act from August 8, 2024, until 14 days after an impasse is declared by the mediator or 14 days after the stay has ended.

If the Parties are unable to resolve this matter prior to the end of the requested 90-day stay period, they will notify the Court of this fact within 14 days of the end of the stay and will provide the Court with a proposed updated schedule to govern the remainder of this case.

WHEREFORE, the Parties respectfully ask the Court to Grant their Joint Motion, toll the statute of limitations for the Putative Class Members as described above, and stay this case and all pending deadlines for a period of 90 days to allow the Parties to conduct settlement discussions and attend mediation with Judge Mix on October 16, 2024.

APPROVED AND AGREED TO BY:

*/s/ Michael A. Josephson*
Michael A. Josephson
Texas Bar No. 308410
Lindsay Itkin Reimer
Texas Bar No. 24068247
Olivia R. Beale
Texas Bar No. 24122166
JOSEPHSON DUNLAP, LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
litkin@mybackwages.com
obeale@mybackwages.com

Richard J. (Rex) Burch
Texas Bar No. 24001807
BRUCKNER BURCH PLLC
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Andrew K. Lavin*
Andrew K. Lavin, Esq.
Rose Zerzman, Esq.
GORDON REES SCULLY
MANSUKHANI, LLP
Denver, Colorado 80202
303-534-5160 – Telephone
alavin@grsm.com
rzetzman@grsm.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of August 2024, a true and correct PDF copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Michael A. Josephson*
Michael A. Josephson