# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-PAB-KAS

CELINE COMMISSIONG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.

---

## PLAINTIFF'S NOTICE OF APPEARANCE

---

TO THE CLERK OF COURT:

    Plaintiff hereby gives notice to the Court and all opposing parties that Michael Josephson is entering his appearance in this matter as additional counsel for Plaintiff.

Michael A. Josephson
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com

Respectfully submitted,

By: */s/ Michael Josephson*
**Michael A. Josephson**
State Bar No. 24014780
**Andrew W. Dunlap**
State Bar No. 24078444
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77005
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

**AND**

**Richard J. (Rex) Burch**
State Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**AND**

**William C. (Clif) Alexander\***
**Austin W. Anderson\***
**ANDERSON ALEXANDER PLLC**
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Phone: 361-452-1279
Fax: 361-452-1284
clif@a2xlaw.com
austin@a2xlaw.com

\*Pro hac vice applications forthcoming

**ATTORNEYS FOR PLAINTIFF'S**

## CERTIFICATE OF SERVICE

      I served a copy of this document on all counsel of record via the Court's ECF system on August 22, 2024.

      */s/ Michael Josephson*
      **Michael Josephson**