IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-PAB-KAS

CELINE COMMISSIONG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.

## PLAINTIFF'S NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Plaintiff hereby gives notice to the Court and all opposing parties that Lindsay Itkin Reimer is entering his appearance in this matter as additional counsel for Plaintiff.

Lindsay Itkin Reimer
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
litkin@mybackwages.com

Respectfully submitted,

By: /s/ *Lindsay Itkin Reimer*
  **Michael A. Josephson**
  State Bar No. 24014780
  **Andrew W. Dunlap**
  State Bar No. 24078444
  **Lindsay Itkin Reimer**
  State Bar No. 24068647
  **JOSEPHSON DUNLAP LLP**
  11 Greenway Plaza, Suite 3050
  Houston, Texas 77005
  713-352-1100 – Telephone
  713-352-3300 – Facsimile
  mjosephson@mybackwages.com
  adunlap@mybackwages.com
  obeale@mybackwages.com

  **AND**

  **Richard J. (Rex) Burch**
  State Bar No. 24001807
  **BRUCKNER BURCH PLLC**
  11 Greenway Plaza, Suite 3025
  Houston, Texas 77046
  713-877-8788 – Telephone
  713-877-8065 – Facsimile
  rburch@brucknerburch.com

  **AND**

  **William C. (Clif) Alexander***
  **Austin W. Anderson***
  **ANDERSON ALEXANDER PLLC**
  101 N. Shoreline Blvd., Suite 610
  Corpus Christi, Texas 78401
  Phone: 361-452-1279
  Fax: 361-452-1284
  clif@a2xlaw.com
  austin@a2xlaw.com

  *Pro hac vice applications forthcoming

  **ATTORNEYS FOR PLAINTIFF'S**

## CERTIFICATE OF SERVICE

      I served a copy of this document on all counsel of record via the Court's ECF system on August 22, 2024.

                                                */s/ Lindsay Itkin Reimer*
                                                **Lindsay Itkin Reimer**