# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-02834-PAB-KAS

CELINE COMMISSIONG, Individually and on Behalf of Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT and all parties of record:

    William M. Hogg hereby files this Notice of Appearance as additional counsel of record for Plaintiff Celine Commissiong, individually and on behalf of all others similarly situated, and requests receipt of all notices pertaining to the above-referenced matter. Undersigned counsel hereby certifies that he is a member in good standing of the Bar of this Court.

        William M. Hogg
        **JOSEPHSON DUNLAP LLP**
        11 Greenway Plaza, Suite 3050
        Houston, Texas 77046
        713-352-1100 – Telephone
        713-352-3300 – Facsimile
        whogg@mybackwages.com

[Signature block on next page]

Date: September 17, 2024

Respectfully submitted,

/s/ William M. Hogg
**Michael A. Josephson**
Texas State Bar No. 24014780
**Andrew W. Dunlap**
Texas State Bar No. 24078444
**William M. Hogg**
Texas State Bar No. 24087733
California State Bar No. 338196
JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Suite 3050
Houston, TX 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
whogg@mybackwages.com

**Richard J. (Rex) Burch**
Texas State Bar No. 24001807
BRUCKNER BURCH PLLC
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel : (713) 877-8788
rburch@brucknerburch.com

**William C. (Clif) Alexander***
**Austin W. Anderson***
ANDERSON ALEXANDER PLLC
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Tel: (361) 452-1279
Fax: (361) 4521284
clif@a2xlaw.com
austin@a2xlaw.com

\* - *pro hac vice* applications forthcoming

*Counsel for Plaintiff, Putative Class Members, and Putative Collective Members*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2024, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ William M. Hogg
William M. Hogg
