# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-PAB-KAS

CELINE COMMISSIONG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.

## JOINT STATUS REPORT

1. On September 27, 2023, this Court issued an Order to Stay the Case Pending Mediation, which required the Parties to file a joint status report on settlement progress after mediation. Doc. 69.

2. The Parties originally scheduled mediation for October 16, 2024.

3. Following multiple conferrals, the Parties agreed to reschedule mediation for December 11, 2024, to allow for enough time to gather the relevant data necessary for a productive mediation.

4. As such, the Parties request the stay and tolling be extended to December 18, 2024.

*/s/ Olivia R. Beale*
Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
Olivia R. Beale
Texas Bar No. 24122166
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 713-352-1100
Facsimile: 713-352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

*/s/ Andrew K. Lavin*
Andrew K. Lavin, Esq.
Rose Zetzman, Esq.
**GORDON REES SCULLY MANSUKHANI, LLP**
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
pkozal@grsm.com
alavin@grsm.com
rzetzman@grsm.com

**Attorneys for Defendant**

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: 713-877-8788
Facsimile: 713-877-8065
rburch@brucknerburch.com

William C. (Clif) Alexander*
Austin W. Anderson*
**ANDERSON ALEXANDER PLLC**
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Phone: 361-452-1279
Fax: 361-452-1284
clif@a2xlaw.com
austin@a2xlaw.com

*Attorneys for Plaintiff*