# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, Individually and on Behalf of All Others Similarly Situated,

   Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

   Defendant.

## JOINT STATUS REPORT

1. On September 27, 2023, this Court issued an Order to Stay the Case Pending Mediation, which required the Parties to file a joint status report on settlement progress after mediation. Doc. 69.

2. The Parties originally scheduled mediation for October 16, 2024. Following multiple conferrals, the Parties agreed to reschedule mediation for January 31, 2025, to allow for enough time to gather the relevant data necessary for a productive mediation.

3. While preparing for the mediation, the Parties realized additional time would be needed, and rescheduled for February 27, 2025, based on Mediator's and the Parties' schedule.

4. As such, the Parties request the stay and tolling be extended to March 6, 2025.

| | |
|---|---|
| */s/ Michael A. Josephson* | */s/ Andrew K. Lavin* |
| Michael A. Josephson | Andrew K. Lavin, Esq. |
| Texas Bar No. 24014780 | Rose Zetzman, Esq. |
| Andrew W. Dunlap | **GORDON REES SCULLY MANSUKHANI, LLP** |
| Texas Bar No. 24078444 | |
| Olivia R. Beale | 555 Seventeenth Street, Suite 3400 |
| Texas Bar No. 24122166 | Denver, Colorado 80202 |
| **JOSEPHSON DUNLAP LLP** | Telephone: (303) 534-5160 |
| 11 Greenway Plaza, Suite 3050 | pkozal@grsm.com |
| Houston, Texas 77046 | alavin@grsm.com |
| Telephone: 713-352-1100 | rzetzman@grsm.com |
| Facsimile: 713-352-3300 | |
| mjosephson@mybackwages.com | **Attorneys for Defendant** |
| adunlap@mybackwages.com | |

obeale@mybackwages.com

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: 713-877-8788
Facsimile: 713-877-8065
rburch@brucknerburch.com

William C. (Clif) Alexander*
Austin W. Anderson*
**ANDERSON ALEXANDER PLLC**
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Phone: 361-452-1279
Fax: 361-452-1284
clif@a2xlaw.com
austin@a2xlaw.com

*Attorneys for Plaintiff*