# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.

## JOINT STATUS REPORT

1. On February 7, 2025, this Court continued the Parties stay and required them to notify the Court the outcome of their February 27, 2025, mediation. Doc. 75.

2. The Parties attended mediation on February 27, 2025, but were unable to come to a resolution. There remains an open offer until March 13, 2025.

3. As such, the Parties request the stay and tolling be extended to March 18, 2025.

| | |
|---|---|
| */s/ Olivia R. Beale* | */s/ Rose Zetzman w permission* |
| Michael A. Josephson | Andrew K. Lavin, Esq. |
| Texas Bar No. 24014780 | Rose Zetzman, Esq. |
| Andrew W. Dunlap | **GORDON REES SCULLY MANSUKHANI, LLP** |
| Texas Bar No. 24078444 | |
| Olivia R. Beale | 555 Seventeenth Street, Suite 3400 |
| Texas Bar No. 24122166 | Denver, Colorado 80202 |
| **JOSEPHSON DUNLAP LLP** | Telephone: (303) 534-5160 |
| 11 Greenway Plaza, Suite 3050 | pkozal@grsm.com |
| Houston, Texas 77046 | alavin@grsm.com |
| Telephone: 713-352-1100 | rzetzman@grsm.com |
| Facsimile: 713-352-3300 | |
| mjosephson@mybackwages.com | ***Attorneys for Defendant*** |
| adunlap@mybackwages.com | |
| obeale@mybackwages.com | |

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**

11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: 713-877-8788
Facsimile: 713-877-8065
rburch@brucknerburch.com

William C. (Clif) Alexander*
Austin W. Anderson*
**ANDERSON ALEXANDER PLLC**
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Phone: 361-452-1279
Fax: 361-452-1284
clif@a2xlaw.com
austin@a2xlaw.com

*Attorneys for Plaintiff*