IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02834-PAB-KAS

CELINE COMMISSIONG, individually and for others similarly situated,

 Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

 Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

 This matter is before the Court on the parties' **Joint Status Report** [#76]. The parties state that the mediation scheduled for February 27, 2025, did not result in settlement at that time but that an offer remained open until March 13, 2025. Accordingly,

 IT IS HEREBY **ORDERED** that, **no later than March 21, 2025**, the parties shall file either (1) a status report indicating why a continued stay is appropriate, or (2) a joint motion asking the Court to lift the stay and requesting reasonable extensions of any necessary deadlines. As previously ordered, the putative class members' statute of limitations for wage and hour claims brought under the Fair Labor Standards Act ("FLSA") is tolled from August 8, 2024, until 14 days after the stay is formally lifted. *See Minute Order* [#69].

 Dated: March 18, 2025