# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.

## JOINT STATUS REPORT

1. On March 18, 2025 this Court ordered the parties to file a status report indicating why a continued stay is appropriate or request that the Court lift the stay. Doc. 77.

2. While the Parties did not come to a resolution at the February 27, 2025 mediation, settlement negotiations remain ongoing through the mediator, Hon. Kristen L. Mix.

3. As such, the Parties request the stay and tolling be extended by one week to March 28, 2025.

| | |
|---|---|
| _/s/ Olivia R. Beale_ | _/s/ Andrew K. Lavin_ |
| Michael A. Josephson | Andrew K. Lavin, Esq. |
| Texas Bar No. 24014780 | Rose Zetzman, Esq. |
| Andrew W. Dunlap | **GORDON REES SCULLY MANSUKHANI, LLP** |
| Texas Bar No. 24078444 | |
| Olivia R. Beale | 555 Seventeenth Street, Suite 3400 |
| Texas Bar No. 24122166 | Denver, Colorado 80202 |
| **JOSEPHSON DUNLAP LLP** | Telephone: (303) 534-5160 |
| 11 Greenway Plaza, Suite 3050 | pkozal@grsm.com |
| Houston, Texas 77046 | alavin@grsm.com |
| Telephone: 713-352-1100 | rzetzman@grsm.com |
| Facsimile: 713-352-3300 | |
| mjosephson@mybackwages.com | **Attorneys for Defendant** |
| adunlap@mybackwages.com | |
| obeale@mybackwages.com | |
| | |
| Richard J. (Rex) Burch | |
| Texas Bar No. 24001807 | |

**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: 713-877-8788
Facsimile: 713-877-8065
rburch@brucknerburch.com

William C. (Clif) Alexander*
Austin W. Anderson*
**ANDERSON ALEXANDER PLLC**
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Phone: 361-452-1279
Fax: 361-452-1284
clif@a2xlaw.com
austin@a2xlaw.com

*Attorneys for Plaintiff*

2