IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02834-PAB-KAS

CELINE COMMISSIONG, individually and for others similarly situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Joint Status Report** [#81]. The parties state that the mediation scheduled for February 27, 2025, did not result in settlement at that time but "informal settlement negotiations remain ongoing through the mediator[.]" The parties ask that "the stay and tolling be extended by two weeks to April 14, 2025." Given the length of the stay to date and the number of extensions the parties have requested, the Court is not inclined to further extend the stay absent additional information about the status of the parties' settlement discussions. Accordingly,

    IT IS HEREBY **ORDERED** that a remote Status Conference is **SET** for **April 10, 2025**, at **2:30 p.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The stay will remain in place until the Status Conference. At that time, the Court will determine the continued efficacy of the stay. As previously ordered, the putative class members' statute of limitations for wage and hour claims brought under the Fair Labor Standards Act ("FLSA") is tolled from August 8, 2024, until 14 days after the stay is formally lifted. *See Minute Order* [#69].

    Counsel shall appear by video teleconference ("VTC") at the Status Conference. The following meeting instructions shall be utilized:

• For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, copy and paste the link below to join. **IMPORTANT: Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

https://meet.uc.uscourts.gov/meeting/010700350?secret=b7Qm39lEfCHQ8h74NNZVng

**Note: Use the default of "Continue with browser" to join the meeting.**

    Dated: April 3, 2025