IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 23-cv-002834-PAB-KAS | Date: April 10, 2025 |
| Courtroom Deputy: Laura Galera | FTR – Reporter Deck-Courtroom C204 |

*Parties:*  *Counsel:*

CELINE COMMISSIONG,   William Hogg

   Plaintiff,

v.

CENTER AT LINCOLN, LLC,   Andrew Lavin

   Defendant.

## COURTROOM MINUTES

**STATUS CONFERENCE**
**Court in session:   2:33 p.m.**
Court calls case.  Appearances of counsel; both parties appear by videoconference.

Discussion regarding status of potential settlement and extension of stay to bring settlement to completion.

**ORDERED:**  **No later than June 10, 2025,** the parties shall file either (1) a status report indicating why a continued stay is appropriate, or (2) a joint motion asking the Court to lift the stay and requesting reasonable extensions of any necessary deadlines.

Hearing concluded.
**Court in recess:    2:40 p.m.**
Total time in court:    00:07

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.