IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.

## JOINT STATUS REPORT

1. On April 10, 2025, this Court held a status conference regarding potential settlement and extending the stay to bring settlement to completion. [Dkt. 83].

2. At the status conference, the Court ordered the parties to file a status report indicating why a continued stay is appropriate or a joint motion requesting the Court to lift the stay June 10, 2025. [Dkt. 83].

3. The parties remain engaged in informal settlement discussions.

4. As such, the Parties request the stay and tolling be extended by three weeks to July 1, 2025.

| | |
|---|---|
| *s/ Olivia R. Beale* | *s/Rose Zetzman* |
| Michael A. Josephson | Andrew K. Lavin, Esq. |
| Texas Bar No. 24014780 | Rose Zetzman, Esq. |
| Andrew W. Dunlap | **GORDON REES SCULLY MANSUKHANI, LLP** |
| Texas Bar No. 24078444 | |
| Olivia R. Beale | 555 Seventeenth Street, Suite 3400 |
| Texas Bar No. 24122166 | Denver, Colorado 80202 |
| **JOSEPHSON DUNLAP LLP** | Telephone: (303) 534-5160 |
| 11 Greenway Plaza, Suite 3050 | pkozal@grsm.com |
| Houston, Texas 77046 | alavin@grsm.com |
| Telephone: 713-352-1100 | rzetzman@grsm.com |
| Facsimile: 713-352-3300 | |

mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: 713-877-8788
Facsimile: 713-877-8065
rburch@brucknerburch.com

William C. (Clif) Alexander*
Austin W. Anderson*
**ANDERSON ALEXANDER PLLC**
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Phone: 361-452-1279
Fax: 361-452-1284
clif@a2xlaw.com
austin@a2xlaw.com

***Attorneys for Defendant***

***Attorneys for Plaintiff***