IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02834-PAB-KAS

CELINE COMMISSIONG, individually and for others similarly situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Joint Status Report** [#84]. The parties ask for the current stay to be continued because they "remain engaged in informal settlement discussions."

    IT IS HEREBY **ORDERED** that, **no later than July 1, 2025**, the parties shall file either (1) a status report indicating why a continued stay is appropriate, or (2) a joint motion asking the Court to lift the stay and requesting reasonable extensions of any necessary deadlines. As previously ordered, the putative class members' statute of limitations for wage and hour claims brought under the Fair Labor Standards Act ("FLSA") is tolled from August 8, 2024, until 14 days after the stay is formally lifted. *See Minute Order* [#69].

    **The parties are warned that all future joint status reports must provide more in-depth information regarding the status of settlement discussions**, including impediments to prompt settlement of this matter, the parties' reasonable expectation of when settlement may be achieved, and whether the parties believe intervention by the Court would be helpful. **Failure to provide adequate information will result in the Court sua sponte lifting the stay.** If appropriate, future joint status reports may be filed under Level 1 restriction.

    Dated: June 16, 2025