## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.

## PLAINTIFF'S MOTION TO WITHDRAW COUNSEL

    Michael Josephson of Josephson Dunlap, LLP, counsel for Plaintiff, respectfully requests that Lindsay Itkin Reimer be withdrawn as counsel for Plaintiff.

1. Lindsay Itkin Reimer is listed as a counsel of record in this case.

2. As of September 13, 2024, Mrs. Itkin Reimer is no longer employed by Josephson Dunlap, LLP.

3. Mrs. Itkin Reimer no longer represents Plaintiff in this matter.

4. The undersigned, Josephson Dunlap, LLP and Bruckner Burch PLLC, will remain counsel of record in this matter.

5. Mrs. Itkin Reimer should be removed from all certificates of service, filings, documents, and notifications related to this case.

    WHEREFORE, for the reasons stated above, Plaintiff respectfully requests that this Court grant this Motion.

Respectfully Submitted,

*/s/ Mihcael A. Josephson*
Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
Olivia R. Beale
Texas Bar No. 24122166
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 713-352-1100
Facsimile: 713-352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: 713-877-8788
Facsimile: 713-877-8065
rburch@brucknerburch.com

William C. (Clif) Alexander*
Austin W. Anderson*
**ANDERSON ALEXANDER PLLC**
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Phone: 361-452-1279
Fax: 361-452-1284
clif@a2xlaw.com
austin@a2xlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I served a copy of this document on all counsel of record via the Court's ECF system on June 17, 2025

*/s/ Michael A. Josephson*

**Michael A. Josephson**