**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW COUNSEL**

---

Before the Court is Plaintiff's Motion to Withdraw Counsel. For the reasons set forth in the Motion, the Court finds that good cause exists to remove Lindsay Itkin Reimer as counsel of record for Plaintiff in this case. The Clerk of the Court is ordered to cancel all future ECF filing notifications to Lindsay Itkin Reimer. Plaintiff will continue to be represented by attorneys from Josephson Dunlap, LLP and Bruckner Burch PLLC.

Signed on _____, 2025.

                                                                         _____
                                                                         JUDGE PRESIDING