IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02834-PAB-KAS

CELINE COMMISSIONG, individually and for others similarly situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Joint Status Report** [#89]. The parties ask for the current stay to be continued because they "are nearing a resolution and are working on a Memorandum of Understanding." They state that they "anticipate reaching a resolution within the next four weeks."

    IT IS HEREBY **ORDERED** that, **no later than July 29, 2025**, the parties shall file either (1) a status report indicating why a continued stay is appropriate, or (2) a joint motion asking the Court to lift the stay and requesting reasonable extensions of any necessary deadlines. As previously ordered, the putative class members' statute of limitations for wage and hour claims brought under the Fair Labor Standards Act ("FLSA") is tolled from August 8, 2024, until 14 days after the stay is formally lifted. *See Minute Order* [#69].

    Dated: July 1, 2025