IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.

## PLAINTIFFS' MOTION TO WITHDRAW COUNSEL

Michael Josephson of Josephson Dunlap, LLP, counsel for Plaintiffs, respectfully requests that William M. Hogg be withdrawn as counsel for Plaintiffs.

1. William M. Hogg is listed as a counsel of record in this case.
2. As of July 14, 2025, Mr. William M. Hogg no longer employed by Josephson Dunlap LLP.
3. Mr. William M. Hogg no longer represents Plaintiffs in this matter.
4. The undersigned, Josephson Dunlap LLP and Bruckner Burch PLLC will remain counsel of record in this matter.
5. Mr. William M. Hogg should be removed from all certificates of service, filings, documents, and notifications related to this case.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request that this Court grant this Motion.

Respectfully Submitted,

By: */s/ Michael A. Josephson*
    **Michael A. Josephson**
    Texas Bar No. 24014780
    **Andrew W. Dunlap**

1

>Texas Bar No. 24078444
**Olivia R. Beale**
Texas Bar No. 24122166
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeal@mybackwages.com
>
>**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH PLL**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com
>
>William C. (Clif) Alexander
Austin W. Anderson
**ANDERSON ALEXANDER PLLC**
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
361-452-1279 – Telephone
361-452-1284 – Facsimile
clif@a2xlaw.com
austin@a2xlaw.com
>
>**ATTORNEYS FOR PLAINTIFF, CLASS AND COLLECTIVE MEMBERS**

### CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2025, I electronically filed the foregoing document with the Clerk of Court using the Courts CM.ECF filing system, which will serve a true and correct copy of the foregoing upon all parties of record in accordance with Fed R. Civ. P. 5.

>*/s/ Michael A. Josephson*
>**Michael A. Josephson**

2