IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-KAS

CELINE COMMISSIONG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

Defendant.

**ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAWAL COUNSEL**

    Before the Court is Plaintiff's Motion to Withdraw Counsel. For the reasons set forth in the Motion, the Court finds that good cause exists to remove William M. Hogg as counsel of record for Plaintiffs in this case. The Clerk of the Court is ordered to cancel all future ECF filing notifications to William M. Hogg. Plaintiffs will continue to be represented by attorneys from Josephson Dunlap, LLP and Bruckner Burch PLLC.

    Signed on _____, 2025.

                                                                                  _____
                                                                                   JUDGE PRESIDING