# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-PAB-KAS

CELINE COMMISSIONG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.

## JOINT STATUS REPORT

1. On July 1, 2025, this Court ordered the parties to file a status report indicating why a continued stay was appropriate or submit a joint motion requesting that the Court lift the stay. [Dkt. 90].

2. The parties have entered into a Memorandum of Understanding related to the potential resolution of this matter.

3. The parties need additional time to effectuate the promises contained in the Memorandum of Understanding.

4. Further, counsel for Plaintiff has experienced changes, as evidenced by Plaintiffs' Motion to Withdraw Counsel [Dkt. 91], which has impacted timing.

5. As such, the Parties request the stay and tolling be extended by four weeks to August 29, 2025.

| | |
|---|---|
| *s/ Michael A. Josephson* | *s/Rose Zetzman* |
| Michael A. Josephson | Andrew K. Lavin, Esq. |
| Texas Bar No. 24014780 | Rose Zetzman, Esq. |
| Andrew W. Dunlap | **GORDON REES SCULLY MANSUKHANI, LLP** |
| Texas Bar No. 24078444 | |
| Olivia R. Beale | 555 Seventeenth Street, Suite 3400 |
| Texas Bar No. 24122166 | Denver, Colorado 80202 |
| **JOSEPHSON DUNLAP LLP** | Telephone: (303) 534-5160 |

11 Greenway Plaza, Suite 3050  
Houston, Texas 77046  
Telephone: 713-352-1100  
Facsimile: 713-352-3300  
mjosephson@mybackwages.com  
adunlap@mybackwages.com  
obeale@mybackwages.com  

Richard J. (Rex) Burch  
Texas Bar No. 24001807  
**BRUCKNER BURCH PLLC**  
11 Greenway Plaza, Suite 3025  
Houston, Texas 77046  
Telephone: 713-877-8788  
Facsimile: 713-877-8065  
rburch@brucknerburch.com  

William C. (Clif) Alexander*  
Austin W. Anderson*  
**ANDERSON ALEXANDER PLLC**  
101 N. Shoreline Blvd., Suite 610  
Corpus Christi, Texas 78401  
Phone: 361-452-1279  
Fax: 361-452-1284  
clif@a2xlaw.com  
austin@a2xlaw.com  

***Attorneys for Plaintiff***

alavin@grsm.com  
rzetzman@grsm.com  

***Attorneys for Defendant***