# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02834-PAB-KAS

CELINE COMMISSIONG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE CENTER AT LINCOLN, LLC,

    Defendant.

## JOINT STATUS REPORT

1. On August 29, 2025, this Court ordered the parties to file a status report indicating why a continued stay was appropriate or submit a joint motion requesting that the Court lift the stay. [Dkt. 96].

2. The parties have entered into a Memorandum of Understanding related to the potential resolution of this matter.

3. The parties need additional time to effectuate the promises contained in the Memorandum of Understanding.

4. As such, the Parties request the stay and tolling be extended by four weeks to October 17, 2025.

| | |
|---|---|
| *s/ Olivia R. Beale* | *s/Rose Zetzman* |
| Michael A. Josephson | Andrew K. Lavin, Esq. |
| Texas Bar No. 24014780 | Rose Zetzman, Esq. |
| Andrew W. Dunlap | **GORDON REES SCULLY MANSUKHANI, LLP** |
| Texas Bar No. 24078444 | |
| Olivia R. Beale | 555 Seventeenth Street, Suite 3400 |
| Texas Bar No. 24122166 | Denver, Colorado 80202 |
| **JOSEPHSON DUNLAP LLP** | Telephone: (303) 534-5160 |
| 11 Greenway Plaza, Suite 3050 | alavin@grsm.com |
| Houston, Texas 77046 | rzetzman@grsm.com |

Telephone: 713-352-1100
Facsimile: 713-352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: 713-877-8788
Facsimile: 713-877-8065
rburch@brucknerburch.com

William C. (Clif) Alexander*
Austin W. Anderson*
**ANDERSON ALEXANDER PLLC**
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Phone: 361-452-1279
Fax: 361-452-1284
clif@a2xlaw.com
austin@a2xlaw.com

***Attorneys for Plaintiff***

*Attorneys for Defendant*